FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2016 OCT -4 AM 11: 32

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Cause No. 3:16-cr-51 - RLY - MPB<br>) |
| JOHN B. ULRICH, | )<br>) |
| Defendant. | ) |

## INFORMATION

[18 U.S.C. § 287 – Making False, Fictitious or Fraudulent Claims]

The United States Attorney charges that:

Between on or about July 7, 2014, and January 30, 2016, in the Southern District of Indiana, and elsewhere,

**JOHN B. ULRICH,**

the defendant herein, did make or present to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, to wit: JOHN B. ULRICH submitted claims for unemployment benefits to the Railroad Retirement Board, a department or agency of the United States, and in so doing failed to report to the Board that he was employed by a Railroad at times when he claimed to be unemployed and entitled to unemployment benefits. As a result of the submission of these false

[1]

claims, JOHN B. ULRICH received unemployment benefits from the Railroad Retirement Board in the approximate amount of $26,458 that he was not entitled to receive.

All of which is in violation of Title 18, United States Code, Section 287.

                                           _____
                                           JOSH J. MINKLER
                                           United States Attorney

STATE OF INDIANA        )
                        )  SS:
COUNTY OF VANDERBURGH   )

Todd S. Shellenbarger, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____<br>
Todd S. Shellenbarger<br>
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 4th day of Oct., 2016.

_____
Notary Public

DEBORAH E. BARTON
Vanderburgh County
My Commission Expires
November 4, 2017

My Commission Expires:

11-4-2017

My County of Residence:

Vanderburgh